LEONARD WHITE, Plaintiff, and PAULA WHITE, Respondent, v DENNIS FARRELL et al., Appellants. [930 NYS2d 171]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.